584 A.2d 213
STATE OF NEW JERSEY v. MIGUEL A. FELIX.

May 15, 1990.

Petition for certification denied.

584 A.2d 213
CITICORP MORTGAGE, INC. v. STEVEN PESSIN.

May 15, 1990.

Petition for certification denied.  (See 238 *N.J.Super.* 606, 570 *A.*2d 481)

584 A.2d 214
RICHARD COOK, ET AL. v. ST. ANTHONY'S ROMAN
CATHOLIC CHURCH, ET AL.

May 15, 1990.

Petition for certification denied.

584 A.2d 214
ELLIOT A. BAINES, JR. v. WEICHERT REALTORS AND
ROBERT CARPENTER, ET AL.

May 15, 1990.

Petition for certification denied.